Submitted September 5, 2008, reversed May 27, 2009

In the Matter of R. A. C.,
aka S. B.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

R. A. C.,
aka S. B.,
*Appellant.*

Multnomah County Circuit Court
080262038; A138254

209 P3d 426

Liza Langford filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Tiffany Keast, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM.**

In this civil commitment case, the trial court found that appellant suffers from a mental disorder and, because of that disorder, is a danger to herself. On appeal, appellant contends that the record does not contain sufficient evidence to support the order of involuntary commitment. The state concedes the insufficiency of the evidence. Although we are not bound by the state's concession, on *de novo* review, we conclude that the state's concession is well founded and agree that the evidence is insufficient.

Reversed.